Angilee K. Dakic, (UT-12722) (P-69461)1.
**PEARSON | BUTLER**
1802 South Jordan Parkway, Suite 200
South Jordan, Utah 84095
Tel: (801) 495-4104
Email: angilee@pearsonbutler.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| Christopher Peterson,<br>    Plaintiff,<br><br>v.<br><br>Nike, Inc. & Facebook, Inc.,<br>    Defendants. | **MOTION TO DISMISS AND NOTICE OF WITHDRAWAL OF COMPLAINT**<br><br>Civil Action Case No. 2:20-cv-00333-DBP |

Plaintiff, Christopher Peterson, by and through his undersigned counsel, hereby gives notice that he is withdrawing the Complaint filed in this matter and requests dismissal of this action based on the following:

1. Plaintiff filed his Complaint in this matter on or about May 28, 2020.

2. The Complaint has not yet been served on either of the Defendants.

3. Plaintiff no longer wishes to pursue this action at this time.

4. This matter should be dismissed without prejudice.

DATED this 19th day of June, 2020.

> By Pearson Butler, LLC
>
> /s/ Angilee K. Dakic_____
> Angilee K. Dakic
> *Attorney for Plaintiff*